# Court of Appeals, State of Michigan

# ORDER

In re S Kanjia Minor

Docket No.    320055

LC No.    11-053881-NA

Stephen L. Borrello
Presiding Judge

Deborah A. Servitto

Douglas B. Shapiro
Judges

The Court orders that the motion for reconsideration is GRANTED, and this Court's opinion issued October 21, 2014 is hereby VACATED. A new opinion is attached to this order.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

DEC 30 2014
Date

Chief Clerk